Díaz Hermanos, Demandantes y Apelantes, v. Palau, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Segundo Distrito, en pleito sobre desahucio (memorándum de costas).

No. 3001.—Resuelto en junio 8, 1923.

Apelación — Desahucio — Memorándum de Costas — Resoluciones Inapelables.—Las resoluciones dictadas por cortes de distrito fijando el importe de costas concedidas en pleitos de desahucio procedentes de cortes municipales, son inapelables. *Marín* v. *American Railroad Co. of P. R.*, 31 D. P. R. 573.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. A. P. Rodríguez,* y *A. Agosto.*

Abogado del apelado: *Sr. M. Benítez Flores.*

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.

Díaz Hermanos demandaron en desahucio a Francisco Palau en una corte municipal y obtuvieron sentencia favorable. Apeló el demandado y la corte de distrito también dictó sentencia favorable a los demandantes, con imposición de las costas al demandado. Presentaron los demandantes su memorándum, lo impugnó el demandado y, resuelto el caso en su contra, apeló para ante este tribunal.

La ley estableciendo el procedimiento para el juicio de desahucio de 1905, expresamente dispone que en tales juicios "No se dará en ningún caso más de una apelación." Siendo esto así, no pudiendo apelarse de la sentencia dictada por la corte de distrito, no cabe apelar tampoco de su orden resolviendo en definitiva la cuestión de costas que constituye la ejecución de uno de los pronunciamientos de la sentencia. Los razonamientos contenidos en la opinión de este tribunal emitida por el Juez Asociado Sr. Franco Soto en el caso de *Marín* v. *American Railroad Co. of P. R.*, decidido en 5 de marzo último son aplicables.

Debe desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Wolf disintió.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.